Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 04 GJ 1372 | DATE | FEBRUARY 26, 2008 |
| CASE TITLE | US v. HANDEL YOU | 08CR 0181 | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

**GRAND JURY PROCEEDING AND REQUEST TO SEAL**

SPECIAL FEBRUARY 2008-1

The Grand Jury for the _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

JUDGE ZAGEL

FILED

Docket Entry:

MAGISTRATE JUDGE COLE

FEB 2 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO ISSUE BENCH WARRANT, THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND THE DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT. THIS INFORMATION IS TO REMAIN SEALED UNTIL THE ARREST OF THE DEFENDANT OR BY FURTHER ORDER OF THE COURT, WHICH EVER OCCURS FIRST. DO NOT SEAL ARREST WARRANTS.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

bond dld 2-27-2008

| | | | | | |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | | Number of notices | DOCKET# |
| | No notices required. | | | | |
| | Notices mailed by judge's staff. | | | | Date docketed |
| | Notified counsel by telephone. | | | | Docketing dpty. initials |
| | Docketing to mail notices | | | | Date mailed notice |
| | Mail AO 450 form. | | | | |
| | Copy to judge/magistrate judge. | | | | Mailing dpty. initials |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |