# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 181 | **DATE** | 4/8/2008 |
| **CASE TITLE** | UNITED STATES vs. HANDEL YOU (a/k/a Peter Handel You) | | |

**DOCKET ENTRY TEXT**

Enter order unsealing the indictment in this action.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|