**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

ROBIN D. TABORA
CLERK

TEL NO. 240-3200
(AREA CODE 860)

DINAH MILTON KINNEY
CHIEF DEPUTY CLERK

LINDA I. KUNOFSKY
HARTFORD DIVISION MANAGER

May 27, 2008

Illinois Northern District Court
Rockford Divisional Office (Eastern)
Federal Building
211 South Court Street
Rockford, IL  61101

Re:   Your case No. 08cr181(Zagel); Our Case No. 3:08mj109(DFM)
      USA  v.  Handel You aka Peter Handel You

On 5/19/08 and 5/22/08, the above defendant appeared in this court as a result of a Rule 5 arrest.

The official court record for the District of Connecticut is the electronic case filing system, CMECF. Please use your court's PACER account and password to access these original documents. If you have any problems, please do not hesitate to contact us.

Listed below are any manual filings, minutes, exhibits and/or sealed documents, that due to system limitations or local administrative procedures, require manual transmission:

N/A

Please acknowledge receipt on the copy of this letter and return same in the self-addressed, stamped envelope provided for your convenience.

Very truly yours,

ROBIN D. TABORA, Clerk

By _____
Bonnie P. D'Onofrio
Deputy Clerk

Enclosures

CLOSED

# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CRIMINAL DOCKET FOR CASE #: 3:08-mj-00109-DFM-1
# Internal Use Only

| | |
|---|---|
| Case title: USA v. You | Date Filed: 05/19/2008 |
| | Date Terminated: 05/27/2008 |

Assigned to: Judge Donna F. Martinez

**Defendant (1)**

**Handel You**  represented by **Gary D. Weinberger**
*TERMINATED: 05/27/2008*  Federal Public Defender's Office
 10 Columbus Blvd., 6th Floor
 Hartford, CT 06106
 860-493-6260
 Fax: 860-493-6269
 Email: Gary_Weinberger@fd.org
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*
 *Designation: Public Defender*

**Pending Counts**  **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**  **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**  **Disposition**
None

**Plaintiff**

USA     represented by **Brian P. Leaming**
U.S. Attorney's Office-HFD
450 Main St. Room 328
Hartford, CT 06103
860-947-1101
Fax: 860-240-3291
Email: brian.leaming@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2008 | | Arrest (Rule 5) of Handel You (Sunbury, B.) (Entered: 05/20/2008) |
| 05/19/2008 | 1 | Minute Entry for proceedings held before Judge Donna F. Martinez:Initial Appearance in Rule 5 Proceedings as to Handel You held on 5/19/2008 Appearance entered by Gary D. Weinberger for Handel You on behalf of defendant. and 11 minutes(Sunbury, B.) (Entered: 05/20/2008) |
| 05/19/2008 | 3 | MOTION for Pretrial Detention by USA as to Handel You. (Sunbury, B.) (Entered: 05/20/2008) |
| 05/19/2008 | | Oral ORDER under advisement 3 Motion for Pretrial Detention as to Handel You (1). Signed by Judge Donna F. Martinez on 5/19/08. (Sunbury, B.) Modified on 5/22/2008 (Sunbury, B.). (Entered: 05/20/2008) |
| 05/19/2008 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Handel You Gary D. Weinberger for Handel You appointed. Signed by Judge Donna F. Martinez on 5/19/08. (Sunbury, B.) (Entered: 05/20/2008) |
| 05/19/2008 | | Set/Reset Deadlines/Hearings as to Handel You: Detention Hearing set for 5/22/2008 02:30 PM in East Courtroom, 450 Main St., Hartford, CT before Judge Donna F. Martinez (Sunbury, B.) (Entered: 05/20/2008) |
| 05/19/2008 | | (Court only) ***Reopen Document as to Handel You 3 MOTION for Pretrial Detention (Sunbury, B.) (Entered: 05/22/2008) |
| 05/20/2008 | 2 | CJA 23 Financial Affidavit by Handel You (Sunbury, B.) (Entered: 05/20/2008) |
| 05/22/2008 | 5 | Minute Entry for proceedings held before Judge Donna F. Martinez:Removal Hearing as to Handel You held on 5/22/2008 ;10 minutes; Defendant detained.(Court Reporter S. Bowles.)(Pesta, J.) (Entered: 05/23/2008) |
| 05/22/2008 | 6 | WAIVER of Rule 5 Hearings by Handel You (Pesta, J.) (Entered: 05/23/2008) |
| 05/22/2008 | 7 | ORDER OF DETENTION as to Handel You. Signed by Judge Donna F. Martinez on 5/22/08. (Pesta, J.) (Entered: 05/23/2008) |

Case 1:08-cr-00181   Document 5   Filed 05/30/2008   Page 4 of 14

| 05/22/2008 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Handel You. Defendant committed to District of Illinois, Eastern Division.. Signed by Judge Donna F. Martinez on 5/22/08. (Pesta, J.) (Entered: 05/23/2008) |
| --- | --- | --- |
| 05/27/2008 |  | Rule 5 Documents sent to District of Northern Illinois Eastern Div. Certified copy of Docket Sheet and the following Documents forwarded: N/A (All documents electronically filed) by Handel You (D'Onofrio, B.) (Entered: 05/27/2008) |
| 05/27/2008 |  | (Court only) ***Case Terminated as to Handel You (D'Onofrio, B.) (Entered: 05/27/2008) |
| 05/27/2008 |  | (Court only) ***Terminated defendant Handel You, pending deadlines, and motions. (D'Onofrio, B.) (Entered: 05/27/2008) |

I Hereby certify that the forgoing is a true copy of the original document on file. Date: 5/27/08

Roberts D. Tabora
Clerk
By _____
Deputy Clerk

Criminal (12-15-07)

HONORABLE: <u>Judge Donna F. Martinez</u>
DEPUTY CLERK: <u>Joanne Pesta</u>  RPTR/ERO/TAPE<u>: TAPE</u>
USPO <u>Kattya Lopez</u>    INTERPRETER _____

TOTAL TIME: __ hours  <u>11</u> minutes
DATE <u>May 19, 2008</u>   START TIME   <u>3:50 p.m.</u>   END TIME <u>4:01 p.m.</u>

## COURTROOM MINUTES (check one box):

| | | | |
|---|---|---|---|
| ☐ IA-INITIAL APPEARANCE | ☐ BOND HEARING | ☐ CHANGE OF PLEA | ☐ IN CAMERA HEARING |
| ☐ IA-REVOCATION | ☐ DETENTION HEARING | ☐ WAIVER/PLEA HEARING | ☐ COMPETENCY HEARING |
| ■ IA-RULE 5 | ☐ PROBABLE CAUSE HRG | ☐ EXTRADITION HEARING | ☐ FORFEITURE HEARING |
| ☐ ARRAIGNMENT | ☐ CONFLICT HEARING | ☐ EVIDENTIARY HEARING | ☐ MISCELLANEOUS HRG |
| | | | ☐ STATUS CONFERENCE |

CR <u>3:08-mj-109(DFM)</u> DEFT # _____

UNITED STATES OF AMERICA
vs
<u>HANDEL YOU</u>

<u>Brian Leaming</u>, AUSA

<u>Gary Weinberger</u>   (P) ☐
Counsel for Defendant Ret - (R), CJA - (C), PDA - (P)

■ ...... Deft failed to appear. Oral Motion for issuance of Warrant - ☐ Granted ☐ Denied ☐ Bond FORFEITED
■ ...... ☐ Arrest date (CT case):_____;☐ case unsealed or ■ Rule 5 arrest, <u>Northern Dist of Illinois</u>
   ...... CJA 23 Financial Affidavit filed ■ under seal
   ...... Order appointing Federal Public Defender's Office filed
■ ...... Court appoints Atty. <u>Gary Weinberger</u> to represent deft for ☐ this proceeding only ■ all proceedings
   ...... Appearance of _____ filed
   ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
   ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
   ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
   ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
   ...... Plea Agreement Letter filed ☐ under seal; ☐ Special Assessment of $100.00/$50.00/$25.00 to be paid immediately
☐ ...... Counts_____ of the _____ (indictment, superseding indictment, information, etc.)
   ...... Plea of ☐ not guilty ☐ guilty ☐ nolo contendere
☐ ...... Petition to Enter Guilty Plea filed
☐ ...... Deft motions due _____; Govt. responses due _____
☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
☐ ...... Hearing on Pending Motions scheduled for _____ at _____
☐ ...... Jury Selection set for _____ at _____
☐ ...... Remaining count(s) to be dismissed at sentencing
☐ ...... Sentencing set for _____ at _____
■ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ■ ADVISEMENT
☐ ...... Govt's oral Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Order of Detention filed
☐ ...... Deft ordered removed/committed to originating/another District of _____
☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
☐ ...... Waiver of Rule 5 Hearing filed
☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ PR
☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
■ ...... Defendant detained
■ ...... Detention & Removal Hearing ☐ waived ■ set for <u>May 22, 2008 at 2:30 p.m. with DFM</u>
☐ ...... Set Attorney Flag    ☐ SEE reverse for ☐ conditions of bond ☐ additional proceedings

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | |
| HANDEL YOU | : | May 19, 2008 |

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

Pursuant to Title 18, United States Code, Sections 3142(e) and (f), the Government hereby requests that the defendant be ordered detained prior to trial.

I. <u>Eligibility of Case</u>

This case is eligible for pretrial detention because it involves:

_____ a crime of violence as defined in Title 18, United States Code, Section 3156;

_____ an offense for which the maximum sentence is life imprisonment or death;

_____ an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or section 1 of the Act of September 15, 1980 (21 U.S.C. §955a);

_____ any felony committed after the defendant has been convicted of two or more of the prior two offenses or two or more State or local offenses that would have been one of the prior two offenses if a circumstance giving rise to Federal jurisdiction had existed;

_x___ a serious risk that the defendant will flee; and/or

_x___ a serious risk that the defendant will obstruct or attempt to obstruct justice, or

threaten injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

II. Reason for Detention

The court should detain defendant because there are no conditions of release which will reasonably assure:

__x__ the defendant's appearance as required; and/or

__x__ the safety of any other person and the community.

III. Rebuttable Presumption

The Government will invoke the rebuttable presumption against the defendant under Title 18, United States Code, Section 3142(e). The presumption applies because:

_____ the defendant has been convicted of a Federal offense described in Title 18, United States Code, Section 3142(f)(1) or of a State or local offense that would have been an offense described in Section 3142(f)(1) if a circumstance giving rise to Federal jurisdiction had existed;

_____ an offense described in Title 18, United States Code, Section 3142(e)(1) was committed while the defendant was on release pending trial for a Federal, State, or local offense; and

_____ a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for an offense described in Title 18, United States Code, Section 3142(e)(1), whichever is later; or

_____ there is probable cause to believe that the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances

Import and Export Act (21 U.S.C. §951 et seq.), section 1 of the Act of September 15, 1980 (21 U.S.C. 955a), or an offense under section 924(c) of Title 18 of the United States Code.

IV. <u>Time for Detention Hearing</u>

The Government requests that the court conduct the detention hearing:

\_\_\_\_\_     at the defendant's first appearance;

\_x\_\_     after a continuance of three days.

                              Respectfully submitted,

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY

                              MICHAEL J. GUSTAFSON
                              ASSISTANT UNITED STATES ATTORNEY
                              Federal Bar No. ct01503
                              157 Church Street
                              New Haven, CT 06510
                              (203) 821-3827

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| USA | : | |
| vs. | : | Case Number: 3:08mj109(DFM) |
| HANDEL YOU | : | |

### APPOINTMENT OF THE FEDERAL PUBLIC DEFENDER'S OFFICE PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT OF 1964, AS AMENDED

The defendant has sworn under oath or affirmed as to his/her financial inability to employ counsel and has expressed the desire that counsel be provided by the Court to represent him/her, pursuant to the provisions of the Criminal Justice Act of 1964 as amended.

The office of the Federal Public Defender is appointed to represent the defendant and has been notified of this appointment. Counsel is directed to file an appearance with the Court

Dated at Hartford, Connecticut, this 19th day of May, 2008.

/s/
Donna F. Martinez
United States Magistrate Judge

Criminal (12-15-07)

HONORABLE: Judge Donna F. Martinez
DEPUTY CLERK: Joanne Pesta   RPTR/ERO/TAPE: Steve Bowles- RPTR
USPO   Kattya Lopez   INTERPRETER _____

TOTAL TIME: ___ hours  10  minutes

DATE May 22, 2008   START TIME 2:40 p.m.   END TIME 2:50 p.m.

## COURTROOM MINUTES (check one box):

| ☐ IA-INITIAL APPEARANCE | ☐ BOND HEARING | ☐ CHANGE OF PLEA | ☐ IN CAMERA HEARING |
|---|---|---|---|
| ☐ IA-REVOCATION | ☐ DETENTION HEARING | ☐ WAIVER/PLEA HEARING | ☐ COMPETENCY HEARING |
| ☐ IA-RULE 5 | ☐ PROBABLE CAUSE HRG | ☐ EXTRADITION HEARING | ☐ FORFEITURE HEARING |
| ☐ ARRAIGNMENT | ☐ CONFLICT HEARING | ☐ EVIDENTIARY HEARING | ■ MISC HRG (Removal-) |
| | | | ☐ STATUS CONFERENCE |

CR **3:08-mj-109(DFM)**   DEFT # _____

UNITED STATES OF AMERICA   §
        vs                 §         **Mike Gustofson**_____, AUSA
                           §
**Handel You**_____       §         **Gary Weinberger**_____ (P) ☐
                                      Counsel for Defendant  Ret - (R), CJA - (C), PDA - (P)

☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant - ☐ Granted ☐ Denied ☐ Bond FORFEITED
☐ ....... ☐ Arrest date (CT case): _____; ☐ case unsealed **or** ☐ Rule 5 arrest, ___ Dist of _____
☐ ....... CJA 23 Financial Affidavit filed ☐ under seal
☐ ....... Order appointing Federal Public Defender's Office filed
☐ ....... Court appoints Atty. _____ to represent deft for ☐ this proceeding only ☐ all proceedings
☐ ....... Appearance of _____ filed
☐ ....... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
☐ ....... Information/Misdemeanor filed ☐ Sealed Information filed
☐ ....... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
☐ ....... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
☐ ....... Plea Agreement Letter filed ☐ under seal; ☐ Special Assessment of $100.00/$50.00/$25.00 to be paid immediately
☐ ....... Counts _____ of the _____ (indictment, superseding indictment, information, etc.)
         Plea of ☐ not guilty ☐ guilty ☐ nolo contendere
☐ ....... Petition to Enter Guilty Plea filed
☐ ....... Deft motions due _____; Govt. responses due _____
☐ ....... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
☐ ....... Hearing on Pending Motions scheduled for _____ at _____
☐ ....... Jury Selection set for _____ at _____
☐ ....... Remaining count(s) to be dismissed at sentencing
☐ ....... Sentencing set for _____ at _____
☐ ....... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
■ ....... (#3) Govt's oral Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
■ ....... Order of Detention filed
■ ....... Deft ordered removed/committed to originating/another District of **Illinois**
☐ ....... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
■ ....... Waiver of Rule 5 Hearing filed
☐ ....... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ....... Bond ☐ set at $ _____ ☐ reduced to $ _____ ☐ Non-surety ☐ Surety ☐ PR
☐ ....... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
■ ....... Defendant detained
■ ....... Detention Hearing ☐ waived ☐ set for _____ ■ continued until **to be held in originating district**
☐ ....... Set Attorney Flag   ☐ SEE reverse for ☐ conditions of bond ☐ additional proceedings

**CONDITIONS OF BOND**

☐ ..... Travel restricted to Connecticut or extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from any use or unlawful possession, or distribution of a narcotic drug.

☐ ..... _____
_____
_____
_____

**ADDITIONAL PROCEEDINGS**

| | | | |
|---|---|---|---|
| ☐ . Deft's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . Deft's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . Deft's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . Deft's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . Govt's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . Govt's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . Govt's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . Govt's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... # ___ Deft _____ motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... # ___ Deft _____ motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... # ___ Govt's motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... # ___ Govt's motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted | ☐ denied | ☐ advisement |

# United States District Court

_____ DISTRICT OF _____ CONNECTICUT _____

UNITED STATES OF AMERICA

V.

HANDEL YOU,
a/k/a Peter Handel You

WAIVER OF RULE 5(c)(3) HEARINGS
(Excluding Probation Cases)

CASE NUMBER:

[08CR181(Zagel)N.D.Ill. E.Div.)]

I, __Handel You__, understand that in the Northern District of Illinois, Eastern Division, charges are pending alleging violations of _Title 18, U.S.C. §§513(a) and 1343_ and that I have been arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary examination

(X) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
HANDEL YOU, a/k/a "Peter Handel You"
DEFENDANT

May 22, 2008
Date

_____
GARY D. WEINBERGER, ESQ.
COUNSEL FOR DEFENDANT

AO 472 (Rev. 12/03) Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT

District of Connecticut

UNITED STATES OF AMERICA

v.

Nandel Yon
_____
Defendant

**ORDER OF DETENTION PENDING TRIAL**

Case Number: 3:18mJ109 (DFm)

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I—Findings of Fact

- ☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a ☐ federal offense ☐ state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed - that is
  - ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).
  - ☐ an offense for which the maximum sentence is life imprisonment or death.
  - ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____
  - ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.
- ☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
- ☐ (3) A period of not more than five years has elapsed since the ☐ date of conviction ☐ release of the defendant from imprisonment for the offense described in finding (1).
- ☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

- ☐ (1) There is probable cause to believe that the defendant has committed an offense
  - ☐ for which a maximum term of imprisonment of ten years or more is prescribed in _____
  - ☐ under 18 U.S.C. § 924(c).
- ☐ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

- ☑ (1) There is a serious risk that the defendant will not appear.
- ☑ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

## Part II—Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by ☐ clear and convincing evidence ☐ a preponderance of the evidence that the defendant consented to his detention pending a detention hearing in the district in which the offense is charged.

## Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

5/22/08
_____
Date

/s/ Donna F. Martinez, USMJ
_____
Signature of Judge

_____
Name and Title of Judge

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

# United States District Court

DISTRICT OF  CONNECTICUT

| UNITED STATES OF AMERICA<br>V.<br>HANDEL YOU,<br>a/k/a "Peter Handel You" | COMMITMENT TO ANOTHER<br>DISTRICT |
|---|---|
| **DOCKET NUMBER** | **MAGISTRATE JUDGE CASE NUMBER** |
| District of Arrest / District of Offense<br>08CR181(Zagel) | District of Arrest / District of Offense<br>3:08MJ169 |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
  X  INDICTMENT    __ INFORMATION    __ COMPLAINT    __ OTHER (specify)

charging a violation of 18 U.S.C. §§ 1343 and 513(a)

**DISTRICT OF OFFENSE**
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**DESCRIPTION OF CHARGES:** WIRE FRAUD AND POSSESSION OF COUNTERFEIT STOCK CERTIFICATE

**CURRENT BOND STATUS:**
__ Bail Fixed at _____ and conditions were not met
__ Government moved for detention and defendant detained after hearing in District of Arrest
X  Government moved for detention and defendant detained pending detention hearing in District of Offense
__ Other (specify)

**Representation:** __ Retained Own Counsel   ✔ Federal Defender Organization   __ CJA Attorney   __ None

**Interpreter Required?**  ✔ No  __ Yes    Language: _____

DISTRICT OF CONNECTICUT

**TO: THE UNITED STATES MARSHAL**
You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

May 22, 2008                                /s/ Donna F. Martinez, USMJ
Date                                        Hon. Donna F. Martinez
                                            United States Magistrate Judge

## RETURN

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |