## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 181 - 1 | **DATE** | 6/23/2008 |
| **CASE TITLE** | United States of America vs. Handel You | | |

**DOCKET ENTRY TEXT**

Arraignment held. John F. Murphy is appointed as counsel for defendant. Enter order appointing counsel. Defendant informed of his rights. Defendant acknowledges receipt of indictment and waives formal reading of the indictment. Defendant enters a plea of not guilty to both counts of the indictment. Government seeks detention. Bond hearing is set for Thursday, June 24, 2008 at 12:15 p.m. 16.1(a) conference shall be held by June 30, 2008. Pretrial motions shall be due by July 14, 2008. Response shall be due by July 28, 2008. Status hearing is set before Judge Zagel on August 12, 2008 at 10:00 a.m. Time excludable from June 23, 2008 to and including August 12, 2008.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|