# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF: _____ VS. _____

FOR: **FILED JUN 23 2008 MAGISTRATE JUDGE JEFFREY COLE UNITED STATES DISTRICT COURT**

LOCATION NUMBER: 08CR181

PERSON REPRESENTED (Show your full name): **Handel Yoo**

1. ☐ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →): ☐ Felony  ☐ Misdemeanor

DOCKET NUMBERS:
- Magistrate:
- District Court:
- Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☑ No  ☐ Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment: 3/08
- How much did you earn per month? $ 12,000 / 12,000
- If married is your Spouse employed? ☑ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ 4000
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☑ No
- RECEIVED: _____  SOURCES: _____

**CASH**
- Have you any cash on hand or money in savings or checking account ☑ Yes  ☐ No  IF YES, state total amount $ 20

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes  ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT:
  - $25,000 — 2004 BMW
  - $25,000 — 2005 Land Rover

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE  ☑ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 2
- List persons you actually support: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Visa | $3000 | $ |
| Settlement Agreement | $20,000 | $ |
| HSBC Auto | $40,000 | $900 |
| Sooja Lee | $60,000 | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 6/23/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): ▶ /s/ Handel Yoo