# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 181 - 1 | **DATE** | 6/26/2008 |
| **CASE TITLE** | United States of America vs. Handel You | | |

**DOCKET ENTRY TEXT**

Bond hearing held and continued to July 30, 2008 at 1:00 p.m.

Docketing to mail notices.

01:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|