Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 181 - 1 | **DATE** | 7/14/2008 |
| **CASE TITLE** | United States of America vs. Handel You | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order.

■ [ For further detail see separate order(s).]

Notices mailed by Judical Staff

| | Courtroom Deputy Initials: | CDH |
|---|---|---|