Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 181 - 1 | **DATE** | 7/9/2008 |
| **CASE TITLE** | United States of America vs. Handel You | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Government's oral motion to detain defendant is granted as discussed in open court. As explained in detail in open court at the conclusion of the bond hearing, the Government has demonstrated by a preponderance of the evidence that there is no condition or set of conditions that will reasonably assure the defendant's attendance at trial. The Government has not argued that the defendant would pose a danger to the community if released on bond. Defendant's oral motion for release on bond is denied without prejudice to its refiling. For further details see text below in the Statement.

■[ For further details see text below.]

Docketing to mail notices.

02:00

---

## STATEMENT

Defendant's oral motion for release on bond is denied without prejudice to its refiling if any evidence can be adduced that 1) he left for Korea for compulsory military service in Korea and 2) he performed compulsory military service in Korea. Order to follow.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|

08CR181 - 1 United States of America vs. Handel You

Page 1 of 1