Order Form (01/2005)

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 181 - 1 | **DATE** | 7/10/2008 |
| **CASE TITLE** | USA vs. Handel You | | |

**DOCKET ENTRY TEXT**

All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|